IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02111-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**FRANK VIGIL, JR.**,

      Plaintiff,

v.

**CENTRAL CLASSIFICATION COMMITTEE**;
**ANGEL MEDINA**, Assistant Director of Prisons Operations;
**RICK RAEMISCH**, Executive Director - Colorado Department of Corrections,

      Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Frank Vigil, Jr., initiated this action on September 24, 2015 by filing a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983, and a Motion Requesting to File for In Forma Pauperis (ECF No. 3).   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted
(2)   ___   is not on correct form (Plaintiff must use the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

|       |     | U.S.C. § 1915). |
|-------|-----|-----|
| (3)   | ___ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4)   | ___ | is missing certificate showing current balance in prison account |
| (5)   | ___ | is missing required financial information |
| (6)   | _X_ | is missing authorization to calculate and disburse filing fee payments |
| (7)   | ___ | is missing an original signature by the prisoner |
| (8)   | ___ | is not on proper form |
| (9)   | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (10)  | _X_ | other: <u>Plaintiff may pay the $400 filing fee in full, in lieu of filing a § 1915 motion and affidavit</u>. |

**Complaint, Petition or Application**:

| (11) | ___ | is not submitted |
|------|-----|-----|
| (12) | _X_ | is not on proper form |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | names in caption do not match names in text |
| (17) | _X_ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | ___ | other: |

Accordingly, it is

**ORDERED** that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

**FURTHER ORDERED** that Plaintiff shall obtain a copy of the court-approved Prisoner's Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms in curing the deficiencies. It is

**FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 28, 2015, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge