IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02111-GPG

**FRANK VIGIL, JR.**,

    Plaintiff,

v.

**CENTRAL CLASSIFICATION COMMITTEE**;
**ANGEL MEDINA**, Assistant Director of Prisons Operations;
**RICK RAEMISCH**, Executive Director - Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Unopposed Motion for Commencement of Civil Action (ECF No. 7) is **DENIED** as moot.

Dated:  October 20, 2015