IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02111-GPG

FRANK VIGIL, JR.,

    Plaintiff,

v.

LOU ARCHULETA, Director of Prisons – Central Classification Committee,
CHAPDELAINE, Assistant Warden of Sterling – C.C.C.,
PETERSEN, Case Manager II – Central Classification Committee,
STURGEON, Case Manager I – Central Classification Committee,
BUTLER, Case Manager III – Central Classification Committee,
HERRERA, Office of Inspector General – C.C.C.,
TURNER, Case Manager II – Central Classification Committee,
MEDINA, Assistant Director Prison Operations, and
RAEMISCH, Executive Director – Colorado Department of Corrections,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED February 1, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge